24193. HUNTER v. BROWN et al., Commissioners.

ALMAND, Presiding Justice. The judgment in this case is controlled adversely to appellant's contentions by the decision of *Miles v. Brown,* 223 Ga. 557.

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 10, 1967—DECIDED SEPTEMBER 7, 1967.

*Roland P. Smith,* for appellant.

*Harold Sheats, John Tye Ferguson, Paul H. Anderson,* for appellees.